IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR99 |
| | ) | |
| v. | ) | |
| | ) | |
| LEOPOLDO SANCHEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for extension of time to file its objection to the magistrate judge's report and recommendation (Filing No. 29). The Court notes defendant has no objection to the request. Accordingly,

IT IS ORDERED that said motion is granted; plaintiff shall have until July 9, 2009, to file an objection and brief in opposition to the report and recommendation.

DATED this 2nd day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court